**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| LINDA D. GODWIN, | : | |
| Plaintiff, | : | |
| v. | : | 1:07-CV-54 (WLS) |
| MICHAEL J. ASTRUE, Commissioner of Social Security | : | |
| Defendant. | : | |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 9), filed August 18, 2008. It is recommended that Commissioner's decision to adopt the ALJ's decision be adopted pursuant to Sentence Four of § 405 (g). Plaintiff has not filed a written objection in the time specified by the rules.

Upon full consideration of the record, the Court finds that said Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. The Commissioner's decision is **AFFIRMED** pursuant to Sentence Four of § 405(g).

**SO ORDERED**, this  5th  day of September, 2008.

      /s/.W. Louis Sands
**THE HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT COURT**